■  MILDRED PELOSA, Appellant, v. APOLLO STATIONARY CO., INC., et al., Respondents. SOLID INDUSTRIES CORP., Third-Party Plaintiff, v. GRACETTE LINGERIE CORPORATION, Third-Party Defendant-Respondent.— Order, Supreme Court, New York County, entered on May 7, 1971, and order of said court, entered on June 4, 1971, unanimously affirmed. Respondents shall recover of appellant one bill of $30 costs and disbursements of these appeals. Concur

— Markewich, Steuer and Tilzer, JJ.; McGivern, J. P., and Murphy, J. concur on constraint of *Downing* v. *Downing* (32 A D 2d 350). No opinion.